ACA ROLWES BUILDERS,
INC., Respondent,

v.

Robert C. HENSON, Jr. and Jodi
R. Henson, Appellants.

No. ED 103201

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: June 14, 2016

Daniel L. Goldberg, 228 North Main, St. Charles, Missouri 66301, for Appellants.

Jayson B. Lenox, James D. Ribaudo, 131 Jefferson Street, St. Charles, Missouri 63301, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

PER CURIAM

Robert C. Henson, Jr. and Jodi R. Henson (collectively, "Appellants") appeal from the trial court's judgment awarding ACA Rolwes Builders, Inc. ("Landlord") the sum of $35,845.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).